UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10460-GW-PVCx | Date | June 1, 2022 |
|---|---|---|---|
| Title | *Devon Miles, et al. v. County of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On May 31, 2022, Defendants filed a Notice of Settlement. The Court sets an order to show cause re settlement hearing for December 15, 2022 at 8:30 a.m. The parties are advised the hearing will be vacated provided a stipulation to dismiss is filed by noon on December 8, 2022. All previously set deadlines and hearing dates are vacated and taken off-calendar.

:

Initials of Preparer   JG