JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON MILES and JAMES DRISCOLL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-10460-SPG-PVC<br><br>Honorable Sherilyn Peace Garnett<br><br>[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>[Fed. R. Civ. P 41(a)(1)(A)(ii)] |

Pursuant to the stipulation by and between Plaintiffs Devon Miles and James Driscoll, and Defendants County of Los Angeles, Nicholas Adragna, Roger Ballesteros, Juan Bonilla, Russel Boucher, Ryan Clarke, Anthony Delia, Jonathan Delling, Jeremi Edwards, Tony Franklin, John Gaudino, Chris Germansen, Kevin Hilgendorf, Jason Howell, Daniel Inez, Jon Livingstone, Stephen Logan, Raul Magadan, Mark Marbach, Bradd Molner, Jose Morales, Collin Reddy, Wyatt Waldron, and Michael Yocum, through their respective attorneys of record.

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: May 9, 2023

_____
Sherilyn Peace Garnett
United States District Judge